**Opinion issued January 9, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00857-CV

———————————

## IN RE RED BLUFF LLC D/B/A THE COURTYARDS AT PASADENA, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Red Bluff LLC d/b/a The Courtyards at Pasadena, has filed a motion to withdraw its petition for writ of mandamus.[1] The Court construes this motion as a motion to dismiss. No opinion has issued. Further, although relator

---

[1] The underlying case is *Deborah Hoerster as Attorney in fact for Helen Cox v. Red Bluff, LLC d/b/a The Courtyards at Pasadena*, cause number 2013-15240, pending in the 189th District Court of Harris County, Texas, the Hon. William R. Burke presiding.

failed to include a certificate of conference in its motion, it did include a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.